**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

ANTOINE CURTIS DUTCH,                )
                                                             )
      Plaintiff,                      )
v.                                                          )      Civil Action No. 3:15CV725–HEH
                                                             )
WILLIAM G. TRUESDALE              )
DETENTION CENTER,                     )
                                                             )
      Defendant.                      )

## MEMORANDUM OPINION
### (Dismissing Action Without Prejudice)

By Memorandum Order entered on December 22, 2015, the Court conditionally docketed Plaintiff's action. On January 6, 2016, the Alexandria Sheriff's Office returned the December 22, 2015 Memorandum Order to the Court because Plaintiff had been moved from the Alexandria Detention Center. Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be dismissed without prejudice.

An appropriate Order shall accompany this Memorandum Opinion.

                                                  /s/
                                   Henry E. Hudson
Date: Feb 25 2016           United States District Judge
Richmond, Virginia